IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CIARA M. FOX,

   Plaintiff,

     v.

SPRINT/UNITED MANAGEMENT COMPANY, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-2509-TWT

## ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge that the Defendant Hesse be dismissed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's claims against the Defendant Hesse are DISMISSED as frivolous.

SO ORDERED, this 13 day of December, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge